Order entered October , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01221-CR

---

**JERRY W. MOONEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F02-35420-MJ**

---

## ORDER

The Court **GRANTS** appellant's September 28, 2012 motion to extend time to file his motion for rehearing. We **ORDER** appellant to file his motion for rehearing by **MONDAY, OCTOBER 22, 2012.**

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jerry R. Mooney, TDCJ No. 1322889, Terrell Unit, 1300 F.M. 655, Rosharon, TX 77583.

_____
LANA MYERS
JUSTICE